JS-6

KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUGER, LLP
700 NORTH BRAND BLVD., SUITE 620
GLENDALE, CA 91203
Telephone: (818-242-6859)
Facsimile: (818-240-7728)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:19-cv-00553-WDK-AS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPORSED] ORDER OF |
| vs. | ) | DISMISSAL |
| | ) | |
| JOSE L. TISCARENO | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

IT IS ORDERED that this action be dismissed in its entirety and as to all parties, claims and causes of action with prejudice, with Plaintiff and Defendant to each bear their own costs, attorney's fees and expenses incurred in this matter and against one another.

DATED: July 17, 2020

_____
Hon. William D. Keller
UNITED STATES DISTRICT JUDGE